**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FNTECH, INC.,

    Plaintiff,

    v.                      CASE NO. 8:18-CV-00645-VMC-TGW

JUSTIN TABB,

    Defendant.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

The undersigned as counsel for Plaintiff hereby discloses the following pursuant to this Court's Order (Doc. 3).

In accordance with Local Rule 1.04(d), I certify that the instant action is not related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

                                /s/ *Frank R. Jakes*
                                FRANK R. JAKES, FBN #372226
                                JOHNSON, POPE, BOKOR, RUPPEL &
                                   BURNS, LLC
                                401 E. Jackson Street, Suite 3100
                                Tampa, FL  33602
                                Telephone:  (813) 225-2500
                                Facsimile:  (813) 223-7118
                                E-Mail:  frankj@jpfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of April, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will

serve a copy of the foregoing on J. Trumon Phillips, DLA Piper LLP, 3111 W. Dr. Martin Luther King Jr. Blvd., Suite 300, Tampa, Florida 33607 (trumonphillips@dlapiper.com).

/s/ *Frank R. Jakes*
Frank R. Jakes, FBN 372226
JOHNSON, POPE, BOKOR,
 RUPPEL & BURNS, LLP
401 E. Jackson Street, Suite 3100
Tampa, FL  33602
(813) 225-2500
(813) 223-7118 (Fax)
E-Mail: frankj@jpfirm.com
Attorneys for Plaintiff

4562997